# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-2023-0304**
Steven Richard Mulkey v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-19-980)

## <u>NOTICE</u>

You are hereby notified that on August 15, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk